**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **GLORIA MARCELA OLMOS,**<br><br>***Petitioner*,**<br>**v.**<br><br>**MARKWAYNE MULLIN,** *in his official capacity as Secretary of the United States Department of Homeland Security*;<br>**MARY DE ANDA YBARRA,** *in her official capacity as Field Operations Director of the El Paso Immigration and Customs Enforcement Office*;<br>**DAVID VENTURELLA,** *in his official capacity as the Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; **and**<br>**TODD BLANCHE,** *in his official capacity as Attorney General of the United States*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01133-DCG** |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT**

In light of Petitioner's concession that this case is now moot,[1] the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[2]

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 25th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] Pet'r's Resp., ECF No. 10, at 1.

[2] *See, e.g.*, *Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").